UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 18-1392(DSD/ECW)

Deborah Jackson,

        Petitioner,

v.                                          **ORDER**

Warden Barnes,

        Respondent.

This matter is before the court upon the objection by pro se petitioner Deborah Jackson to the October 1, 2018, report and recommendation of Magistrate Judge Elizabeth Cowan Wright. The court reviews the report and recommendation of the magistrate judge de novo. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b).

The background of this case is fully set forth in the report and recommendation, and the court will not repeat it here. Jackson objects to the magistrate judge's recommendation that her petition under 28 U.S.C. § 2241 should be dismissed without prejudice for lack of jurisdiction. In doing so, Jackson raises the same arguments made before the magistrate judge. After a thorough review of the file and record, the court finds that the report and recommendation is well-reasoned and correct and that the objection lacks merit.

Accordingly, based on the above, **IT IS HEREBY ORDERED** that:

1. Petitioner's objection [ECF No. 13] to the magistrate judge's report and recommendation is overruled;

2. The magistrate judge's report and recommendation [ECF No. 12] is adopted in its entirety;

3. Petitioner's application for a writ of habeas corpus [ECF No. 1] is denied; and

4. This matter is dismissed without prejudice for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 22, 2018

s/David S. Doty<br>
David S. Doty, Judge<br>
United States District Court